UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASEY L. PIEPER, INDIVIDUALLY AND AS
PARENT AND LEGAL GUARDIAN OF "TP,"
AN INFANT,

               Plaintiffs,

       vs.

5:07-CV-1269

Civil Case No. 07-CV-1269 (NPM/GJD)

UNITED STATES OF AMERICA, SAMARITAN
HOSPITAL, WILCOX/GUTHRIE ARMY HEALTH
CLINIC, CAPTAIN JOHNNIE WRIGHT, JR., M.D.,
RACHEL UBER, CNM, AND LESLIE RENDEIRO,
CNM,

               Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER SUBSTITUTING THE UNITED STATES AS A DEFENDANT

A motion to substitute the United States as a defendant for Captain Johnnie Wright, Jr., M.D., Rachel Uber, CNM, and Leslie Rendeiro, CNM, having been made by the United States and such motion having been served upon counsel for plaintiff, Patricia Cummings, Esq., and counsel for the non-government defendant Samaritan Hospital, Brian Gargano, Esq., and there having been no opposition to such motion,

NOW, upon consideration of the papers submitted in support of the motion to substitute the United States as a defendant for Captain Johnnie Wright, Jr., M.D., Rachel Uber, CNM, and Leslie Rendeiro, CNM, and upon all the pleadings and papers in this action, the Court grants the motion to substitute the United States as a defendant, therefore

IT IS ORDERED that the United States be substituted as a defendant in the place of Captain Johnnie Wright, Jr., M.D., Rachel Uber, CNM, Leslie Rendeiro, CNM, and the

Wilcox/Guthrie Army Health Clinic, and it is

FURTHER ORDERED that the caption be amended to reflect that the United States of America and Samaritan Hospital are the only two defendants.

Dated: November 19, 2008
Syracuse, New York

Hon. Gustave J. DiBianco
U.S. Magistrate Judge