**SO ORDERED**

*Neal P. McCurn*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEAL P. McCURN
U.S. DISTRICT JUDGE
Dated: 7/21/09
Syracuse, New York

CASEY L. PIEPER, Individually and as Parent
and Legal Guardian of "TP," an Infant,

Plaintiff,

STIPULATION OF
DISCONTINUANCE
Case No: 5:07-CV-1269(NPM/GJD)

vs.

UNITED STATES OF AMERICA, SAMARITAN
MEDICAL CENTER,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiffs and defendants in this action, that the above-entitled action be, and the same hereby is discontinued as to the defendant, SAMARITAN MEDICAL CENTER, only, on the merits and with prejudice, without costs to any party as against the other.

Dated: July 1, 2009

_____
Brian M. Gargano, Esq.
Bar Roll No: 513763
MARTIN, GANOTIS, BROWN,
MOULD & CURRIE, P.C.
Attorney for Defendant
SAMARITAN MEDICAL CENTER
5790 Widewaters Parkway
DeWitt, New York 13214
(315) 449-2616

_____
Patricia A. Cummings, Esq.
Bar Roll No: 301651
LEONARD & CUMMINGS, LLP
Attorneys for Plaintiffs
84 Court Street, Suite 402
Binghamton, New York 13901
(315) 479-9000

_____ 7/16/09
William F. Larkin, Esq.
Bar Roll No. 102013
Assistant United States Attorney
U.S. DEPARTMENT OF JUSTICE
Attorneys for Defendants
UNITED STATES OF AMERICA,
WILCOX/GUTHRIE ARMY HEALTH CLINIC,
CAPTAIN JOHNNIE WRIGHT, JR., M.D.,
RACHEL UBER, CNM and
LESLIE RENDEIRO, CNM
100 South Clinton Street
P. O. Box 7198
Syracuse, New York 13261-7198
(315) 448-0672

Dated: July 1, 2009
       DeWitt, New York