ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 06 2010
AT _____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CASEY L. PIEPER, INDIVIDUALLY AND AS
PARENT AND LEGAL GUARDIAN OF "TP,"
AN INFANT,

                    Plaintiffs,

        vs.                                   Civil Case No. 07-CV-1269 (NPM/GJD)

UNITED STATES OF AMERICA,

                    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

    A Stipulation For Compromise Settlement and Release of Federal Tort Claims Act Claims

having been submitted to the Court for review, together with an affidavit by Casey L. Pieper, mother

and legal guardian of T.P., an infant, and an attorney affidavit from Patricia A. Cummings, Esq.,

counsel for the plaintiffs, which contains Exhibits A and B.

    NOW, in consideration of the Stipulation For Compromise Settlement and Release of Federal

Tort Claims Act Claims, the affidavit of Patricia A. Cummings, Esq., attaching Exhibits A and B,

and the affidavit of Casey L. Pieper, mother and legal guardian of T.P., an infant, it is determined

that the settlement of this matter upon the terms and conditions contained in the Stipulation For

Compromise Settlement and Release of Federal Tort Claims Act Claims is in the best interest of

Casey L. Pieper, and her infant son T.P., as a result it is

    ORDERED, that because of the distance and travel time from plaintiffs' current residence

in the State of Michigan, and the demand of her husband's work schedule, arrangements for child

**Order Approving Stipulation For Compromise**
  **Settlement/Release of Federal Tort Claims Act**
<u>Pieper, et al. v. USA</u>
**Page 2**

care, and resulting expenses, Casey L. Pieper, and her infant son, T.P., are excused from a personal

appearance before the Court, and, it is further

ORDERED that the Stipulation For Compromise Settlement and Release of Federal Tort

Claims Act Claims is hereby in all respects approved.

Dated: May 6 , 2010
      Syracuse, New York

Hon. Neal P. McCurn
Senior U.S. District Judge